## Exhibit A to the Complaint

**Location:** Clifton, NJ  
**Total Works Infringed:** 35  

**IP Address:** 71.172.252.62  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F38F2DDB58292469374ED21E5EC729D923DF36CF | 02/09/2025 21:24:50 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 2 | 649b9e044ccc76013183e18ac294541e5d8dc976 | 02/10/2025 06:29:46 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 3 | ed45b558da2e3a2cec2f172fbec0fe30d031237c | 02/09/2025 21:25:43 | Milfy | 02/05/2025 | 02/18/2025 | PA0002516142 |
| 4 | 63a22c748ace8732fa9ae5785ea73f31d0ea5cca | 02/01/2025 21:45:08 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 5 | fd5b44d69a16e954303e986c193414d676967757 | 02/01/2025 21:29:55 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 6 | ac5eded6d208faf67d50c70aeb5ba46a5b93694f | 01/28/2025 04:15:40 | Blacked | 12/24/2024 | 01/15/2025 | PA0002509260 |
| 7 | 005ecade217d83653bcbca490dc3249975b7a05a | 01/20/2025 02:55:46 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 8 | 4157bb075ec440872c9b41053864287444a90124 | 12/19/2024 06:07:21 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 9 | 891698262f59cf597f30fc3b1a494185820c4152 | 12/19/2024 06:07:20 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 10 | 5420def2051e8d34a82c47c0692cf130fa3a693d | 12/19/2024 06:05:39 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 11 | 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C | 11/16/2024 05:55:44 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 12 | d4d20eb9211110d1708ca31e05ec5ac81758466f | 11/09/2024 06:55:57 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 13 | a0827a76038adbca262079e7141c2f1da890468d | 09/11/2024 19:00:11 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 14 | 385cb7d32c7d601eabbf6d086f9363bcee7601b0 | 09/07/2024 04:25:11 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 15 | 76f95670fa20ddc51b0da2b370811c85a77261af | 08/10/2024 04:23:13 | Vixen | 09/24/2021 | 11/11/2021 | PA0002321289 |
| 16 | 7375a901d3be6952f99caa1d89017336b02f3765 | 08/06/2024 12:36:41 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 978F0FA230C51ABFEDE1E8D6B8265DAEDCB98E69 | 07/31/2024 07:11:27 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 18 | 49cce797b4e3768bb43c6150b6f13438b9cc8bfb | 07/30/2024 04:42:55 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 19 | 9f444de044103a3444ade759088eb849230284ce | 07/30/2024 04:35:04 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |
| 20 | 3c3faa67fdb4daba2702c415cea959d7c46d0df5 | 07/05/2024 17:37:10 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 21 | 4e619fc85f415b63dbe01082d31400b3d103724e | 06/17/2024 04:17:33 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 22 | DE00285CDC5F2F3A2D02D98133147476F144C14D | 06/09/2024 22:26:59 | Vixen | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 23 | e65c8a7ad4b9405cb2994396cf1146fe84014368 | 06/03/2024 15:51:17 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 24 | c5ba5e243166db830e399e8739882fee8d0a6d84 | 05/26/2024 15:21:35 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 25 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 05/18/2024 04:12:02 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 26 | ad5c18c1994c5c7c76e738ee43e039563a9a8bd2 | 05/14/2024 20:19:34 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 27 | da2b01e9b71cdf13cf8442e993a3a22ec96b6326 | 05/14/2024 20:18:23 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 28 | 36c032e0d20fb461e5bfa395367401d89c726783 | 05/06/2024 05:10:07 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 29 | 3003f609841ff5967ad04619c0160667ae41cd72 | 04/27/2024 18:12:43 | Vixen | 06/02/2023 | 06/09/2023 | PA0002415362 |
| 30 | 124b0d68f9c3d84844617784c0772d7e17ae3cfc | 04/27/2024 18:07:25 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 31 | 26f269f82bf4af38796c34064b2d737e30e457d3 | 04/27/2024 08:57:11 | Blacked | 08/07/2021 | 08/23/2021 | PA0002308431 |
| 32 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 03/29/2024 06:25:40 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 33 | 4403352121D56924807F7F9DF7A14C44DEA072DF | 03/29/2024 06:22:05 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 34 | 5463df03d918b469190a59518cdcf7e245d6494c | 03/29/2024 05:25:42 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 92fcec5f528ab1d27b01fbc0e4d1157c3ac17400 | 03/06/2024 07:06:39 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |